**DISMISS and Opinion Filed October 9, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01139-CV**

**THE ROMACK COMPANY AND HOLMGREN JOHNSON: MITCHELL MADDEN, LLP, Appellants**
**V.**
**JP ABERDEEN PARTNERS, LP, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06523**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is appellants' October 2, 2019 unopposed motion to dismiss this interlocutory appeal without prejudice. In the motion, appellants state "there is now no need for this appeal and the issues involved are, or shortly will be, moot." We grant the motion to the extent we dismiss the appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191139F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

THE ROMACK COMPANY AND
HOLMGREN JOHNSON: MITCHELL
MADDEN, LLP, Appellants

No. 05-19-01139-CV      V.

JP ABERDEEN PARTNERS, LP, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-06523.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, this interlocutory appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellants The Romack Company and Holmgren Johnson: Mitchell Madden, LLP bear the costs, if any, of this appeal.

Judgment entered October 9, 2019